IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE KANE, | : | Civil No. 3:21-cv-936 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SCHUYLKILL COUNTY PRISON, *et al.*, | : | |
| Defendants | : | |

FILED
SCRANTON

SEP 2 4 2021

PER _____ /s/ _____
DEPUTY CLERK

### ORDER

**AND NOW**, this 23rd day of September, 2021, upon preliminary consideration of Plaintiff's complaint (Doc. 1), and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's application to proceed *in forma pauperis* is **GRANTED**. (Doc. 2).

2. The complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff is granted leave to file an amended complaint on or before **Wednesday, October 13, 2021** in accordance with this Order's accompanying Memorandum.

4. Failure to timely file a proposed amended complaint will result in the dismissal of this action without further notice of Court.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge